**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Remy Kessler, Esq. (SBN 123165)
    Email: rkessler@mcguirewoods.com
Amy E. Beverlin, Esq. (SBN 284745)
    Email: abeverlin@mcguirewoods.com
Ashley R. Li, Esq. (SBN 317305)
    Email: ali@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel:    (310) 315-8200
Fax:    (310) 315-8210

Attorneys for Defendants
PERFORMANCE FOOD GROUP, INC. and
KENNETH O. LESTER COMPANY, INC.

Farzad Rastegar (SBN 155555)
farzad@rastegarlawgroup.com
Douglas W. Perlman (SBN 167203)
douglas@rastegarlawgroup.com
Ryan D. Aliman (SBN 315342)
ryan@rastegarlawgroup.com
**RASTEGAR LAW GROUP, A.P.C.**
22760 Hawthorn Boulevard, Suite 200
Torrance, CA 90505
Tel:    (310) 961-9600
Fax:    (310) 961-9094

Attorneys for Plaintiff
BENNY NIETO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY NIETO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE FOOD GROUP, INC.; KENNETH O. LESTER COMPANY, INC. and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:20-cv-01408-DAD-JLT<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF TO SERVE AND FILE FIRST AMENDED COMPLAINT**<br>(Doc. 9) |

**[PROPOSED] ORDER**

Based on the Stipulation between Plaintiff Benny Nieto ("Plaintiff") and Defendants Performance Food Group, Inc. and Kenneth O. Lester Company, Inc. ("Defendants") Permitting Plaintiff to Serve and File First Amended Complaint ("FAC"), and for good cause appearing,

**IT IS HEREBY ORDERED** that:

(1)   Plaintiff shall be permitted to serve and file a FAC within twenty-one (21) days of the Court's entry of this Order;

(2)   Defendants shall be permitted to respond to Plaintiff's FAC, by serving and filing an answer or otherwise serving and filing any motions or other pleadings responsive to the FAC, within twenty-one (21) days of the service and filing of the FAC; and

(3)   By entering into their Stipulation, Plaintiffs and Defendants shall not waive and expressly reserve all claims, defenses and challenges in this action, including, without limitation, challenges to the FAC.

**IT IS SO ORDERED**.

The Court will not again extend time to file the first amended complaint or to respond to it.

Dated: November 29 , 2020

*Jennifer L. Thurston*
JENNIFER L. THURSTON
U.S. MAGISTRATE JUDGE