**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Remy Kessler, Esq. (SBN 123165)
    Email: rkessler@mcguirewoods.com
Amy E. Beverlin, Esq. (SBN 284745)
    Email: abeverlin@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Tel:    (310) 315-8200
Fax:    (310) 315-8210

Attorneys for Defendants
PERFORMANCE FOOD GROUP, INC. and
KENNETH O. LESTER COMPANY, INC.

Farzad Rastegar (SBN 155555)
farzad@rastegarlawgroup.com
Douglas W. Perlman (SBN 167203)
douglas@rastegarlawgroup.com
**RASTEGAR LAW GROUP, A.P.C.**
22760 Hawthorn Boulevard, Suite 200
Torrance, CA 90505
Tel:    (310) 961-9600
Fax:    (310) 961-9094

Attorneys for Plaintiff
BENNY NIETO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY NIETO, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>PERFORMANCE FOOD GROUP, INC.;<br>KENNETH O. LESTER COMPANY, INC. and<br>DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 1:20-cv-01408-DAD-JLT<br><br>**[PROPOSED] ORDER (1) PERMITTING PLAINTIFF ADDITIONAL TIME TO SERVE AND FILE FIRST AMENDED COMPLAINT AND (2) CONTINUING MANDATORY SCHEDULING CONFERENCE**<br>**(Doc. 12)** |

1
[PROPOSED] ORDER (1) PERMITTING PLAINTIFF ADDITIONAL TIME TO SERVE AND FILE FIRST AMENDED COMPLAINT AND (2) CONTINUING MANDATORY SCHEDULING CONFERENCE

Based on the Stipulation of the parties and good cause appearing, the Court **ORDERS**:

(1) Plaintiff SHALL file an amended complaint, if at all, within sixty days. Defendants SHALL file a responsive pleading with 21 days thereafter;

(2) The scheduling conference is CONTINUED to March 1, 2021 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **December 15, 2020**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER (1) PERMITTING PLAINTIFF ADDITIONAL TIME TO SERVE AND FILE FIRST AMENDED COMPLAINT AND (2) CONTINUING MANDATORY SCHEDULING CONFERENCE