# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY NIETO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PERFORMANCE FOOD GROUP, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 1:20-cv-01408-DAD-JLT<br><br>**ORDER CLOSING THE ACTION**<br><br>**(Doc. 14)** |

The parties have settled their case and have stipulated to the entire action being dismissed with prejudice with each side bearing their own fees and costs. (Doc. 14) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **February 16, 2021**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE